IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-00183-01-CR-W-HFS |
| | ) | |
| MICHAEL D. MCCULLOUGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the report and recommendation, to which no objections have been filed, and the underlying material of record, I adopt the report and recommendation and find that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings or assisting in his own defense, and that he is competent to stand trial or to enter a plea as scheduled.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October  19 , 2009

Kansas City, Missouri